IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| STEFANI MAJOROSSY-LOTT,<br><br>Plaintiff,<br><br>-v-<br><br>JANSSEN PHARMACEUTICALS INC f/k/a ORTHO-MCNEIL-JANSSEN PHARMACEUTICAL LLC f/k/a/ JANSSEN PHARMACEUTICA INC. and JOHNSON & JOHNSON<br><br>Defendants. | Case No. 2:21-cv-11325-BRM-ESK |

## JOINT STIPULATION OF DISMISSAL

IT IS HEREBY STIPULATED AND AGREED, by and between Plaintiff, Stefani Majorossy-Lott, together with Defendants, by and through their respective counsel of record, that the claims of Plaintiff, Stefani Majorossy-Lott be dismissed without prejudice and that she be dismissed as a party to this action pursuant to Federal Rule of Civil Procedure 41(a)(1). Each party shall bear its own costs.

Date: August 1, 2024

| *Attorneys for Plaintiff* | *Attorney for Defendants Janssen Pharmaceuticals, Inc. and Johnson & Johnson* |
|---|---|
| s/Stacy K. Hauer<br>Timothy J. Becker MN #256663<br>Stacy K. Hauer MN #317093<br>JOHNSON BECKER<br>444 Cedar Street, Suite 1800<br>St. Paul, MN 55101<br>tbecker@johnsonbecker.com<br>shauer@johnsonbecker.com | s/ Michael C. Zogby<br>Michael C. Zogby<br>Barnes & Thornburg, LLP<br>67 East Park Place. Suite 1000<br>Morristown, NJ 07960<br>973-775-6110<br>Michael.Zogby@btlaw.com<br><br>Kristen R. Fournier<br>King & Spalding<br>1185 Avenue of the Americas, 35th Floor<br>New York, New York 10036<br>kfournier@kslaw.com |

## CERTIFICATE OF SERVICE

I, Stacy K. Hauer, hereby certify that on August 1, 2024, I filed a copy of the foregoing document via the Court's CM/ECF System, which sent a Notice of Filing Activity to all counsel of record. The document is available for viewing and downloading from that system.

*s/Stacy K. Hauer*
Stacy K. Hauer MN #317093

It is so ordered this 1st day of August, 2024

Brian R. Martinotti, U.S.D.J.